**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Terry Don Swartz, | ) | No. CV-05-4184 PHX-NVW (LOA) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter arises on Plaintiff's Motion for Production of Minute Entry. (docket # 47). Plaintiff requests a copy of the minute entry of all court proceedings for his own records.

After review of this matter, the Court will grant Plaintiff's Motion for Production of Minute Entry and will order the Clerk of Court to provide Plaintiff with a current copy of the docket sheet, excluding any sealed or non-public entries, in this matter upon Plaintiff's payment of the proper fee. The docket sheet should provide Plaintiff with information regarding which motions have been filed, when, which motions the Court has resolved, and which motions are still pending before the Court.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Production of Minute Entry (docket # 47) is **GRANTED** and that the Clerk of Court shall mail Plaintiff a current copy of

/ / /

/ / /

the docket sheet, less any sealed or non-public entries, in this case upon proper payment by Plaintiff.

DATED this 3rd day of July, 2007.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -