**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Don Swartz, | No. CV-05-4184-PHX-NVW (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, | |
| Defendants. | |

This matter arises on Plaintiff's Motion for Appointment of the Court as Counsel. (docket # 48) There is no constitutional right to appointment of counsel in a civil case. *Johnson v. U.S. Dep't of Treasury*, 939 F.2d 820, 824 (9th Cir. 1991). Appointment of counsel in a civil rights case is required only when exceptional circumstances are present. *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (citing *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)). In determining whether to appoint counsel, the court should consider the likelihood of success on the merits, and the ability of plaintiff to articulate his claims in view of their complexity. *Wood v. Housewright*, 900 F.2d 1332, 1335 (9th Cir. 1990).

Plaintiff's prior Motion for Appointment of Counsel was denied. (docket #34) The Court will also deny Plaintiff's motion to appoint the Court as counsel because a federal judge is prohibited from practicing law.

Canon 5 of the Codes of Conduct for United States Judges provides: "A Judge Should Regulate Extra-judicial Activities to Minimize the Risk of Conflict with Judicial

1  Duties." In subparagraph F., the practice of law is expressly prohibited with limitations as to the

2  judge himself or family members:

3      F. Practice of Law. A judge should not practice law. Notwithstanding this prohibition, a judge may act pro se and may, without compensation, give legal

4      advice to and draft or review documents for a member of the judge's family.

5  Canon 5, Codes of conduct for United States Judges, Chapter 1, *Guide to Judiciary Policies and*

6  *Procedures*, Administrative Office of the United States Courts.

7      Accordingly,

8      IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of the Court

9  as Counsel (docket # 48) is **DENIED**.

10     DATED this 3rd day of July, 2007.

11

12

13                    Lawrence O. Anderson
                     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28